IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIO LOJA,<br><br>      Plaintiff,<br><br>      v.<br><br>MAIN STREET ACQUISITION CORP. AND LAW OFFICE OF KEITH S. SHINDLER LTD., d/b/a SHINDLER & JOYCE,<br><br>      Defendants. | Case No. 1:17-cv-01251<br><br>Judge: Honorable William T. Hart |

## **MOTION FOR LEAVE TO APPEAR AS ADDITIONAL COUNSEL**

David M. Schultz and Louis J. Manetti, Jr., pursuant to Rule 83.17 of the Local Rules of the U.S. District Court Northern District of Illinois, move that they be granted leave of court to appear as additional counsel of record on behalf of Defendants, MAIN STREET ACQUISITION CORP. AND LAW OFFICE OF KEITH S. SHINDLER LTD., d/b/a SHINDLER & JOYCE, and in support state:

    1.    Keith Shindler appeared as counsel for both defendants. He is designated as Lead Counsel but not as Trial Counsel.

    2.    The case was dismissed, appealed, and recently remanded and assigned to this court.

    3.    The defendants would like David M. Schultz to appear as Additional counsel and to be listed as Lead and Trial counsel, as provided in Local Rule 83.17.

    4.    Defendants request to add Louis J. Manetti, Jr. as additional counsel.

WHEREFORE, Defendants, MAIN STREET ACQUISITION CORP. AND LAW OFFICE OF KEITH S. SHINDLER LTD., d/b/a SHINDLER & JOYCE, request that this court allow David M. Schultz to appear as additional counsel and be listed as lead and trial counsel and for and Louis J. Manetti, Jr. to be added as additional counsel.

    Respectfully submitted,

    HINSHAW & CULBERTSON LLP


    By: s/ *David M. Schultz*
        David M. Schultz

David M. Schultz
Louis J. Manetti, Jr.
Hinshaw & Culbertson LLP
151 N. Franklin St., Ste. 2500
Chicago, IL 60606
312-704-3000
dschultz@hinshawlaw.com
lmanetti@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

      I, David M. Schultz, an attorney, certify that on November 27, 2018, caused to be served a copy of the foregoing **MOTION FOR LEAVE TO APPEAR AS ADDITIONAL COUNSEL** by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒   ECF
☐   Facsimile
☐   UPS
☐   U.S. Mail
☐   E-Mail
☐   Messenger Delivery

To:   All Parties of Record

                                            s/ *David M. Schultz*
                                            David M. Schultz

302879639v1 1007981